WILLIAM NORTON, APPELLANT, v. CHARLES J. MONKS, CHIEF OF POLICE, ETC., ET AL., RESPONDENTS.

Argued October 22, 1941—Decided January 9, 1942.

For the appellant, *Martin Klughaupt.*

For the respondents, *Thomas E. Duffy.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.